**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                Criminal No. 99-cr-108-01-JD

<u>Dennis L. Wyman</u>

**O R D E R**

On November 17, 2009, defendant Dennis L. Wyman appeared for a probable cause hearing under Fed. R. Crim. P. 32.1 on the superceding petition alleging violations of conditions of supervision. Defendant stipulated to probable cause on the violations. I therefore find probable cause to hold him for a revocation hearing. the hearing was combined with a bail violation hearing under 18 U.S.C. § 3148.

Defendant sought bail conditions under Rule 32.1(a)(6) and the bail statute. Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. My bail order of October 8, 2009, ordering that he have no contact with his wife was read to him three times that day. He has a history of spousal abuse, alcohol abuse and violence. He is a danger to the community. He is unlikely to abide by any set of conditions. There are no conditions which

are likely to assure his presence and the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

                                            James R. Muirhead
                                            United States Magistrate Judge

Date: November 18, 2009

cc:   Bjorn Lange, Esq.
      Michael Zaino, Esq.
      U.S. Marshal
      U.S. Probation